IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF     :     CASE NO.   3:11 MJ 205

THE CELLULAR TELEPHONE ASSIGNED
CALL NUMBER (419) 408-2354, WITH
INTERNATIONAL MOBILE SUBSCRIBER
NUMBER 316010166717662

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned Search Warrants be sealed and kept from public inspection.

7-1-16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE